**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| KATE EVERINGHAM and MARISSA HAGY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADIA PUBLISHING INC.,<br><br>Defendant. | Case No. 2:24-cv-00487-DCN |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD**

Plaintiffs Kate Everingham and Marissa Hagy, through their attorneys, individually and on behalf of all others similarly situated, hereby move this Court to approve the attorneys' fees, expenses, and service award contemplated by the parties' Settlement, and which will be presented in conjunction with Plaintiffs' motion for final approval: one-third of the settlement fund, or $150,000 in attorneys' fees, $3,737.63 in reasonable litigation expenses, and a $5,000 service award to each Class Representative. This Motion is based upon: (1) this Motion; (2) the accompanying Memorandum in Support; and (3) the Declaration of Raina C. Borrelli filed in support.

Respectfully Submitted,

/s/Glenn V. Ohanesian
Glenn V. Ohanesian
Karolan Ohanesian
OHANESIAN LAW FIRM
P.O. Box 2433
Myrtle Beach, SC 29578

Phone: 843-626-7193
Fax: 843-492-5164
Email: OhanesianLawFirm@cs.com


Raina Borelli (*Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
raina@straussborrelli.com


*Attorneys for Plaintiffs and Proposed Class*