# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| KATE EVERINGHAM and MARISSA HAGY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADIA PUBLISHING INC.,<br><br>Defendant. | Case No. 2:24-cv-00487-DCN |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Kate Everingham and Marissa Hagy, individually and on behalf of all others similarly situated, by and through undersigned counsel, pursuant to Rule 23 of the Federal Rules of Civil Procedure, and the Court's November 7, 2024 Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, certifying the Class for the purpose of settlement, directing notice to the classes, and scheduling the Final Approval Hearing for April 7, 2025 at 11:00 AM, respectfully move the Court for an order granting final approval of the settlement of this class action, awarding attorneys' fees and expenses, awarding service awards, and providing such other and further relief as the Court deems just and proper.

Plaintiffs support this motion with a memorandum and exhibit filed contemporaneously with this motion, and such other written or oral arguments as are permitted or requested by the Court.

Dated: March 24, 2025

    */s/Glenn V. Ohanesian*
Glenn V. Ohanesian, Fed ID 5317
Karolan Ohanesian, Fed ID 6056
OHANESIAN LAW FIRM
P.O. Box 2433
Myrtle Beach, SC 29578
Phone: 843-626-7193
Fax: 843-492-5164
Email: OhanesianLawFirm@cs.com


Raina Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)
sam@straussborrelli.com
raina@straussborrelli.com

*Pro hac vice*

*Counsel for Plaintiffs and Settlement Class Counsel*

2