

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA (CHARLESTON DIVISION)

| | |
|---|---|
| KATE EVERINGHAM and MARISSA HAGY, on behalf of herself and all others similarly, | Case No.  2:24-cv-00487-DCN |
| Plaintiff, | CLASS ACTION |
| vs. | **DECLARATION OF ANA ESPINOZA RE: NOTICE PROCEDURES** |
| ARCADIA PUBLISHING INC., | |
| Defendant. | |

1

1

2          I, ANA ESPINOZA, declare and state as follows:

3

4          1.     I am a case coordinator with Verita Global, LLC formerly known as KCC Class

5   Action Services, LLC ("KCC"), located at 222 N Pacific Coast Hwy, El Segundo, CA 90245.

6   Pursuant to the PRELIMINARY APPROVAL ORDER dated November 7, 2024, the Court

7   appointed Verita as the Claims Administrator in connection with the proposed Settlement of the

8   above-captioned Action.  I have personal knowledge of the matters stated herein and, if called upon,

9   could and would testify thereto.

10                              **CAFA NOTIFICATION**

11          2.     In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section

12   1715, Verita compiled a CD-ROM containing the following documents: Class Action Complaint,

13   Amended Class Action Complaint, Motion for Preliminary Approval, Proposed Order re

14   Preliminary Approval Hearing, Memorandum of Points and Authorities in Support of Motion for

15   Preliminary Approval, Declaration of Plaintiff's Counsel, Long Form Notice, Postcard Notice,

16   Claim Form, Settlement Agreement, Proposed Final Judgment, and a cover letter (collectively, the

17   "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

18          3.     On August 27, 2024, Verita caused 57 CAFA Notice Packets to be mailed via

19   priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B,

20   i.e., the U.S. Attorney General, the Attorneys General of each of the states in which Settlement

21   Class Members reside and the District of Columbia.

22          4.     As of the date of this Declaration, Verita has received no responses to the CAFA

23   Notice Packet from any of the recipients identified in paragraph 3 above.

24

25

26

27

28

DECLARATION OF ANA ESPINOZA RE: NOTICE PROCEDURES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CLASS LIST**

5.      On November 14, 2024, Verita received from Mullen Coughlin LLC, a list of 13,672 persons identified as the Class List.  The Class List included names and addresses.  Verita formatted the list for mailing purposes, removed 29 duplicate records, and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS").  A total of 420 addresses were found and updated via NCOA.  Verita updated its proprietary database with the Class List.

**MAILING OF THE NOTICE PACKET**

6.      On December 9, 2024, Verita caused the postcard notice and detachable claim form (collectively, the "Notice Packet") to be printed and mailed to the 13,643 names and mailing addresses in the Class List.  A true and correct copy of the Notice Packet is attached hereto as Exhibit C.

7.      On February 7, 2025, Verita caused a reminder Notice Packet to be printed and mailed to 12,556 class members who had not yet submitted a claim form.

8.      Since mailing the Notice Packets to the Class Members, Verita has received 26 Notice Packets returned by the USPS with forwarding addresses.  Verita immediately caused Notice Packets to be re-mailed to the forwarding addresses supplied by the USPS.

9.      Since mailing the Notice Packets to the Class Members, Verita has received 3,181 Notice Packets returned by the USPS with undeliverable addresses.  Through credit bureau and/or other public source databases, Verita performed address searches for undeliverable Notice Packets and was able to find updated addresses for 738 Class Members.  Verita promptly re-mailed Notice Packets to the newly found addresses.

10.      According to Verita's experts, individual, direct notice efforts reached approximately 92% of the identified Settlement Class.

**SETTLEMENT WEBSITE**

11.      On or about December 9, 2024, Verita established a website www.ArcadiaPublishingSettlement.com dedicated to this matter to provide information to the

Class Members and to answer frequently asked questions. The website URL was set forth in the Postcard Notice, Long Form Notice and Claim Form. The Claim Form and Long Form Notice are attached hereto as Exhibit D. Visitors of the website can download copies of the Notice, Claim Form, and other case-related documents. Visitors can also submit claims online, and, if applicable, upload supporting documentation. As of March 13, 2025, the website has received 8,617 visits.

**TELEPHONE HOTLINE**

12.    Verita established and continues to maintain a toll-free telephone number (888) 726-1297 for potential Class Members to call and obtain information about the Settlement, request a Notice Packet, seek assistance from a live operator during regular business hours, or leave a voicemail after business hours. The telephone hotline became operational on December 6, 2024, and is accessible 24 hours a day, 7 days a week. As of March 14, 2025, Verita has received a total of 178 calls to the telephone hotline, of which 94 calls were handled by a live operator.

**CLAIM FORMS**

13.    The postmark deadline for Class Members to file claims in this matter was March 9, 2025. To date, Verita has received 2,397 timely-filed claim forms and 25 late-filed claims forms. Verita is in the process of reviewing all received claim forms for validity. It is possible for additional timely postmarked claim forms to arrive over the next few days.

**REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE**

14.    The Notice informs Class Members that requests for exclusion from the Class must be postmarked no later than February 7, 2025. As of the date of this declaration, Verita has received two requests for exclusion. Copies of the exclusion requests are attached hereto as Exhibit E.

**OBJECTIONS TO THE SETTLEMENT**

15.    The postmark deadline for Class Members to object to the settlement was February 7, 2025. As of the date of this declaration, Verita has received no objections to the settlement.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ADMINISTRATION COSTS

16.     As of March 19, 2025, Verita estimates its total cost of administration to be $83,351.27.

17.     Verita's estimated fees and charges are based on certain information provided to Verita by the parties as well as significant assumptions.  Accordingly, the estimate is not intended to limit Verita's actual fees and charges, which may be less or more than estimated due to the scope of actual services or changes to the underlying facts or assumptions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2025 at El Segundo, CA.

*Ana Espinoza*
_____
ANA ESPINOZA

DECLARATION OF ANA ESPINOZA RE: NOTICE PROCEDURES

# Exhibit A

August 27, 2024

VIA PRIORITY MAIL

«First» «Last»
«Company_1»
«Company_2»
«Address_2»
«Address_1»
«City», «State» «Zip»

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

      Verita Global is the independent third-party Administrator in a putative class action lawsuit entitled *Everingham v. Arcadia Publishing, Inc.*, Case No. 2:24-cv-00487. Mullen Coughlin LLC represents Arcadia Publishing, Inc. ("Defendant") in that Action. The lawsuit is pending before the Honorable David C. Norton in the United States District Court for the District of South Carolina. This letter is to advise you that Kate Everingham and Marissa Hagy ("Plaintiffs") filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on August 19, 2024.

| | |
|---|---|
| **Case Name:** | *Everingham v. Arcadia Publishing, Inc.* |
| **Case Number:** | 2:24-cv-00487 |
| **Jurisdiction:** | United States District Court,<br>District of South Carolina |
| **Date Settlement**<br>**Filed with Court:** | August 19, 2024 |

 veritaglobal.com

«First» «Last»
August 27, 2024
Page 2

Defendant denies any wrongdoing or liability whatsoever but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint* and the *Amended Class Action Complaint* are included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of August 27, 2024, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiff filed a *Motion for Preliminary Approval* requesting that the Honorable David C. Norton preliminarily approve the proposed Settlement. Copies of the *Motion for Preliminary Approval, Proposed Order re Preliminary Approval Hearing, Memorandum of Points and Authorities in Support of Motion for Preliminary Approval,* and the *Declaration of Plaintiff's Counsel* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Long Form Notice, Postcard Notice,* and the *Claim Form* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of August 27, 2024, no other settlement or agreement has been entered into by the Parties to this Action with each other, either directly or by and through their respective counsel.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of August 27, 2024, nor have any Notices of Dismissal been granted at this time. A copy of the *Proposed Final Judgment* is included on the enclosed CD.

 veritaglobal.com

«First» «Last»
August 27, 2024
Page 3

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Defendant and Verita are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 13,669 individuals in the class. A copy of the state/territory breakdown is included on the enclosed CD.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time. As of August 27, 2024, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that Defendant can address any concerns or questions you may have.

Thank you.

Sincerely,

/s/
Fred Webb,
Case Coordinator

Enclosure – CD ROM

# Exhibit B

| Last | First | Company 1 | Company 2 | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Garland | Merrick | Attorney General of the United States | | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Taylor | Treg | Office of the Alaska Attorney General | | 1031 W. 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Alabama Attorney General | | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Griffin | Tim | Arkansas Attorney General Office | | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mayes | Kris | Office of the Arizona Attorney General | | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the Attorney General | | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Schwalb | Brian | District of Columbia Attorney General | | 400 6th St., NW | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Lopez | Anne E. | Office of the Hawaii Attorney General | | 425 Queen Street | | Honolulu | HI | 96813 |
| Bird | Brenna | Iowa Attorney General | | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Labrador | Raúl | State of Idaho Attorney General's Office | | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Raoul | Kwame | Illinois Attorney General | | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Rokita | Todd | Indiana Attorney General's Office | | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Kobach | Kris | Kansas Attorney General | | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Coleman | Russell | Office of the Kentucky Attorney General | | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Murrill | Liz | Office of the Louisiana Attorney General | | 1885 North Third Street | | Baton Rouge | LA | 70802 |
| Campbell | Andrea | Attorney General of Massachusetts | | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Brown | Anthony G. | Office of the Maryland Attorney General | | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Bailey | Andrew | Missouri Attorney General's Office | | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Fitch | Lynn | Mississippi Attorney General's Office | | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Knudsen | Austin | Office of the Montana Attorney General | | Justice Bldg., | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | North Carolina Attorney General | | Department of Justice | P.O.Box 629 | Raleigh | NC | 27602-0629 |
| Hilgers | Mike | Office of the Nebraska Attorney General | | State Capitol P.O. Box 98920 | | Lincoln | NE | 68509-8920 |
| Ford | Aaron | Nevada Attorney General | | Old Supreme Ct. Bldg. | 100 North Carson St. | Carson City | NV | 89701 |
| Formella | John | New Hampshire Attorney General | | New Hampshire Department of Justice | 33 Capitol St. | Concord | NH | 03301-6397 |
| Platkin | Matthew J. | Office of the New Jersey Attorney General | | Richard J. Hughes Justice Complex | 25 Market St., P.O. Box 080 | Trenton | NJ | 08625-0080 |
| Torrez | Raúl | Office of the New Mexico Attorney General | | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| James | Letitia | Office of the New York Attorney General | | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224-0341 |
| Wrigley | Drew H. | North Dakota Office of the Attorney General | | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismarck | ND | 58505-0040 |
| Yost | Dave | Ohio Attorney General | | Rhodes State Office Tower | 30 E. Broad St., 14th Flr. | Columbus | OH | 43215 |
| Drummond | Gentner | Oklahoma Office of the Attorney General | | 313 NE 21st St. | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | | Justice Building | 1162 Court St., NE | Salem | OR | 97301-4096 |
| Henry | Michelle A. | Pennsylvania Office of the Attorney General | | 16th Flr., Strawberry Square | | Harrisburg | PA | 17120 |
| Neronha | Peter | Rhode Island Office of the Attorney General | | 150 South Main St. | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211 |
| Jackley | Marty | South Dakota Office of the Attorney General | | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Skrmetti | Jonathan | Tennessee Attorney General and Reporter | | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Clark | Charity R. | Office of the Attorney General of Vermont | | 109 State St. | | Montpelier | VT | 05609-1001 |
| Miyares | Jason | Office of the Virginia Attorney General | | 202 North Ninth St. | | Richmond | VA | 23219 |
| Ferguson | Bob | Washington State Attorney General | | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Morrisey | Patrick | West Virginia Attorney General | | State Capitol Complex, Bldg. 1, Rm. E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Kaul | Josh | Office of the Wisconsin Attorney General | | Dept. of Justice, State Capitol | Rm. 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| Hill | Bridget | Office of the Wyoming Attorney General | | 109 State Capitol | | Cheyenne | WY | 82002 |
| Ale'ama-Utu | Fainu'ulelei Falefatu | American Samoa Gov't | | Dept. of Legal Affairs, c/o Attorney General | P.O. Box 7 | Utulei | AS | 96799 |
| Moylan | Douglas | Office of the Attorney General, ITC Building | | 590 S. Marine Corps Dr. | Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Hernández | Domingo Emanuelli | Puerto Rico Attorney General | | Torre Chardón, Suite 1201 | 350 Carlos Chardón Ave. | San Juan | PR | 00918 |
| Rhea | Gordon C. | Virgin Islands Acting Atty. General, DOJ | | 3438 Koorpindiesens Gade | GERS Complex, 2nd Floor | St. Thomas | VI | 00802 |

Exhibit C

<u>LEGAL NOTICE</u>

*Everingham, et al. v. Arcadia Publishing, Inc.*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

**If you received notice of a data security Incident discovered in April 2023, you may be entitled to benefits from a class action settlement.**

**A federal district court authorized this notice.**

1-888-726-1297
www.ArcadiaPublishingSettlement.com

«3OF9 BARCODE»
«BARCODE»
POSTAL SERVICE: PLEASE DO NOT MARK BARCODE
AREV: CLAIMNUMBER: «CLAIM NUMBER»
PIN: «PIN»
«FIRST1» «LAST1»
«ADDRESS LINE 2»
«ADDRESS LINE 1»
«CITY», «STATE»«PROVINCE» «POSTALCODE»
«COUNTRY»



VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

# AREV

---

## Claim Form

*Everingham, et al. v. Arcadia Publishing Inc.*, **Case No. 2:24-cv-00487-DCN (D.C. S.C.)**
**The DEADLINE to submit or mail this Claim Form is: March 9, 2025**

You are eligible to claim (1) three years of Credit Monitoring Services **and** reimbursement of documented monetary losses (up to $5,000) **and** compensation for Lost Time (up to 5 hours at $25 per hour) **or** (2) an Alternative pro rata Cash Payment (estimated at $100). If you use this Claim Form, a check will be mailed to you. If you want to receive an electronic payment, submit your Claim online at www.ArcadiaPublishingSettlement.com.

**Credit Monitoring Services:** To receive Credit Monitoring Services, check the box below, provide your email address, sign, and return this Claim Form.

☐ I would like to receive Credit Monitoring Services. My email address is _____

**Lost Time:** To receive compensation for Lost Time, indicate the total number of hours spent remedying issues related to the data security Incident, check the boxes below, sign, and return this Claim Form.

☐ Total # Hours (up to 5 hours payable at $25 per hour)

☐ I swear and affirm that I spent the amount of time noted in response to the Arcadia Data Incident.

**Documented Unreimbursed Losses:** To receive compensation for Documented Unreimbursed Losses, you must submit supporting documentation. You may do so by filing a Claim Form online.

—OR—

**Alternative Cash Payment:** To receive an Alternative Cash Payment (increased/decreased based upon the number of claims filed), check the box below, sign, and return this Claim Form.

☐ I would like to receive an Alternative Cash Payment.

_____          _____
Signature                                                                      Date (mm/dd/yyyy)

 &lt;&lt;BARCODE&gt;&gt;

 &lt;&lt;ClaimNumber&gt;&gt; 

A $450,000 settlement has been proposed in the class action lawsuit *Everingham, et al. v. Arcadia Publishing Inc.*, Case No. 2:24-cv-00487 DCN (D. S.C.) relating to the potential unauthorized access of Personal Information to an unauthorized third party that was discovered in April 2023, and that involved your Personal Information including Social Security numbers. Defendant Arcadia Publishing, Inc. denies all liability.

**Who is included?** Arcadia's records indicate that you are included in the Settlement. More specifically, the Settlement Class includes all individuals residing in the United States who were sent a notice by Arcadia informing them of the Data Incident Arcadia discovered in April 2023 or were otherwise determined to have had personal information potentially impacted.

**What does the Settlement provide?** The Settlement provides Settlement Class Members with the right to claim (1) Three years of credit monitoring services **and** reimbursement of documented monetary losses (up to $5,000) and compensation for Lost Time (up to 5 hours at $25 per hour) **or** (2) an Alternative pro rata Cash Payment (estimated at $100) in lieu of credit monitoring services, monetary losses and lost time.

**How do I get benefits?** You must complete and submit a Claim Form by **March 9, 2025**. Claim Forms are available and may be submitted online at www.ArcadiaPublishingSettlement.com. Claim Forms may also be printed from the website or requested by calling the Settlement Administrator and submitted by mail postmarked by **March 9, 2025.**

**What are my other options?** If you do not want to be legally bound by the Settlement, you must exclude yourself by **February 7, 2025**. Unless you exclude yourself from the Settlement, you will not be able to sue Arcadia or related parties for any claim released by Settlement Agreement and Release. If you do not exclude yourself from the Settlement, you may object and notify the Court that you or your lawyer intend to appear at the Court's Fairness Hearing. Objections are due **February 7, 2025**.

**The Court's Fairness Hearing.** The Court will hold a Final Fairness Hearing in this case on **April 7, 2025 at 11 am**. at the U.S. District Court in South Carolina, Charleston Division. At this hearing, the Court will decide whether to approve: (1) the Settlement; and (2) Settlement Class Counsel's request for up to $150,000 in attorneys' fees, and reimbursement of costs up to $20,000. You may appear at the hearing, but you do not have to. You also may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

This is a summary notice. For more information, visit www.ArcadiaPublishingSettlement.com or call 1-888-726-1297.



| PLACE |
| STAMP |
| HERE |

*Everingham, et al. v. Arcadia Publishing, Inc.*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

Exhibit D

*Everingham, et al. v. Arcadia Publishing, Inc.*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

## AREV

«3OF9 BARCODE»
«BARCODE»
POSTAL SERVICE: PLEASE DO NOT MARK BARCODE
AREV: CLAIMNUMBER: «CLAIM NUMBER»
PIN: «PIN»
«FIRST1» «LAST1»
«ADDRESS LINE 2»
«ADDRESS LINE 1»
«CITY», «STATE»«PROVINCE» «POSTALCODE» «COUNTRY»



VISIT THE SETTLEMENT WEBSITE BY
SCANNING THE PROVIDED QR CODE

*EVERINGHAM, ET AL. V. ARCADIA PUBLISHING, INC.*

U.S. DISTRICT COURT OF SOUTH CAROLINA

Case No. 2:24-cv-00487-DCN

**Must Be Postmarked
No Later Than
March 9, 2025**

# Claim Form

**Everingham, et al. v. Arcadia Publishing Inc.**
**Case No. 2:24-cv-00487-DCN**

**United States District Court for the District of South Carolina**

**The DEADLINE to submit or mail this Claim Form is: March 9, 2025**

## GENERAL INSTRUCTIONS

If your Personal Information (name, Social Security number, address, driver's license/state identification number, and/or financial account information) was compromised or potentially compromised in the Arcadia Publishing Data Incident ("Data Incident"), you are a "Settlement Class Member." If you received a notice about this class action settlement addressed to you, then the Settlement Administrator has already determined that you are a Settlement Class Member.

As a Settlement Class Member, you are eligible to claim (1) three years of Credit Monitoring Services **and** reimbursement of documented monetary losses (up to $5,000) **and** compensation for Lost Time (up to 5 hours at $25 per hour) **or** (2) an Alternative pro rata Cash Payment (estimated at $100) in lieu of monetary losses, lost time, and credit monitoring.

## CLAIMANT INFORMATION

The Settlement Administrator will use this information for all communications regarding this Claim Form and the Settlement. If this information changes before the Settlement benefits are issued, you must notify the Settlement Administrator.

First Name ___  M.I. ___  Last Name ___

Primary Address ___

Primary Address Continued ___

City ___  State ___  ZIP Code ___

Email Address ___

Area Code ___ Telephone Number (Home) (Optional) ___  Area Code ___ Telephone Number (Work) (Optional) ___



| FOR CLAIMS PROCESSING ONLY | OB | | CB | | DOC / LC / REV | RED / A / B |

1

**BENEFIT SELECTION**

You may select (1) Credit Monitoring Services <u>AND/OR</u> compensation for Lost Time AND/OR compensation for Unreimbursed Economic Losses <u>OR</u> (2) an Alternative Cash Payment.

1. <u>**CREDIT MONITORING SERVICES**</u>: If you wish to receive three years of Credit Monitoring Services, fill in the circle below, provide your email address in the space provided above, sign, and return this Claim Form. Submitting this Claim Form will not automatically enroll you in Credit Monitoring Services. To enroll, you must follow the instructions that will be sent to you using the email address you provided above after the Settlement is approved and becomes Final (the "Effective Date").

○ I would like to receive Credit Monitoring Services. I have provided my email address above.

2. <u>**COMPENSATION FOR MONETARY LOSSES**</u>: **In addition to claiming Credit Monitoring Services, you may choose to claim compensation for Lost Time and compensation for Unreimbursed Economic Losses.**

<u>**Compensation for Lost Time:**</u> If you wish to receive compensation for Lost Time, indicate the total number of hours spent remedying issues related to the data security Incident, fill in the circle below, sign, and return this Claim Form. You may claim up to 5 hours payable at a rate of $25 per hour. Lost Time claimed shall be subject to the $5,000 cap on Monetary Losses below.

○ Total # Hours (1-5):_____

○ I swear and affirm that I spent the amount of time noted in response to the Data Incident.

<u>**Compensation for Unreimbursed Economic Losses**</u>: All members of the Settlement Class who submit a valid claim using this Claim Form are eligible for reimbursement of the following **documented** monetary losses fairly traceable to the Data Incident, not to exceed $5,000 per member of the Settlement Class:



| Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss |
|---|---|---|
| ○ Out-of-pocket expenses incurred as a result of the Data Incident, such as notary, fax, postage, copying, mileage and long-distance phone charges. | M M / D D / Y Y Y Y  Month   Day   Year | $ _____ . __ |

**Examples of Supporting Third-Party Documentation:** *Telephone bills and receipts for notary, fax, postage, and mileage reflecting out-of-pocket expenses. Please note that these examples of reimbursable documented out-of-pocket losses are not meant to be exhaustive, but exemplary. You may make claims for any documented out-of-pocket losses that you believe are reasonably related to the Data Incident or to mitigating the effects of the data security Incident.*

| | | |
|---|---|---|
| ○ Fees for credit reports, credit monitoring, or other identity theft insurance products purchased on or after the Data Incident through the date of claim submission. | M M / D D / Y Y Y Y  Month   Day   Year | $ _____ . __ |

**Examples of Supporting Documentation:** *Receipts or account statements reflecting purchases made for Credit Monitoring or identity theft insurance services.*



| Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss |
|---|---|---|
| ◯ Compensation for proven monetary loss, professional fees including attorneys' fees, accountants' fees, and fees for credit repair services, fees associated with freezing or unfreezing credit with any credit reporting agency incurred as a result of the Data Incident. | M M / D D / Y Y Y Y <br> Month      Day        Year | $ ⬚⬚⬚⬚⬚.⬚⬚ |

**Examples of Supporting Documentation:** *Invoices or statements reflecting payments made for professional fees/services.*

| ◯ Other documented monetary losses. | M M / D D / Y Y Y Y <br> Month      Day        Year | $ ⬚⬚⬚⬚⬚.⬚⬚ |
|---|---|---|

**Examples of Supporting Documentation:** *Invoices or statements reflecting payments for other monetary losses fairly traceable to the Data Incident.*

NOTE: You must include documentation supporting your Claim for Monetary Losses. This can include receipts or other documentation not "self-prepared." "Self-prepared" documents such as handwritten receipts are, by themselves, not sufficient to receive reimbursement, but can be considered to add clarity to or support other submitted documentation.

**3.   ALTERNATIVE CASH PAYMENT:** If you wish to receive an Alternative Cash Payment (estimated at $100 but increased or decreased based upon the number of claims filed), fill in the circle below.

◯ I would like to receive an Alternative Cash Payment.

**PAYMENT:** If you use this Paper Claim Form, a check will be mailed to the address above. If you want to receive an electronic payment, please submit your Claim online.

**SIGNATURE:** I swear and affirm that the foregoing is true and correct.

Signature: _____         Dated (mm/dd/yyyy): _____

Print Name: _____



**THIS PAGE LEFT BLANK INTENTIONALLY**

Notice of Arcadia Publishing Data Incident Class Action Settlement

**If you received notice of a data security incident discovered in April 2023,
you may be entitled to benefits from a class action settlement.**

A federal court has authorized this notice. This is <u>not</u> a solicitation from a lawyer.

**Please read this Notice carefully and completely; your legal rights are affected whether you act or don't act.**

<u>**THIS NOTICE MAY AFFECT YOUR RIGHTS. PLEASE READ IT CAREFULLY.**</u>

- A Settlement has been proposed in a class action lawsuit against Arcadia Publishing. Inc. ("Arcadia" or "Defendant"). The Settlement resolves claims brought by current and former employees, and others, impacted by the Arcadia Publishing Data Incident discovered in April 2023 and resulting in the potential compromise of Personal Identifying Information ("PII") (the "Data Incident").

- You may be eligible to claim three years of credit monitoring services, reimbursement for documented monetary losses (maximum payment of up to $5,000), and reimbursement for up to five hours of time spent dealing with the effects of the Data Incident, reimbursed at a rate of $25 per hour, from the proposed Settlement.

- In lieu of credit monitoring services, documented monetary losses, and reimbursement for lost time, you may also be eligible to receive a $100 cash payment, increased or decreased depending upon the number of claims filed.

- To receive credit monitoring services, reimbursement for documented losses or a cash payment, you must complete and submit a Claim Form.

- Please read this notice carefully. Your legal rights will be affected, and you have a choice to make now.

| Summary of Your Legal Rights and Options | | Deadline |
|---|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get a payment or credit monitoring. | Online or Postmarked by March 9, 2025. |
| **EXCLUDE YOURSELF BY OPTING OUT** | Get no payment. Keep your right to file your own lawsuit against the Defendant for the same claims resolved by this Settlement. | Postmarked by February 7, 2025. |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | Tell the Court the reasons why you do not believe the Settlement should be approved. You can also ask to speak to the Court at the hearing on April 7, 2025 about the fairness of the Settlement, with or without your own attorney. | Postmarked by February 7, 2025. |
| **DO NOTHING** | Get no payment and be bound by the terms of the Settlement. | |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made and credit monitoring services will be available if the Court approves the Settlement after any appeals are resolved.

**Questions? Go to www.ArcadiaPublishingSettlement.com or call 1-888-726-1297.**

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**..................................................................................................................................3

    1.  Why did I receive notice?

    2.  What is this lawsuit about?

    3.  What is a class action?

    4.  Why is there a settlement?

**WHO IS IN THE SETTLEMENT** .....................................................................................................................3

    5.  Who is in the Settlement?

    6.  Are there exceptions to being included?

    7.  What should I do if I'm not sure whether I am included?

**THE SETTLEMENT BENEFITS** .....................................................................................................................3

    8.  What does the Settlement provide?

    9.  What can I get from the Settlement?

    10.  What am I giving up if I stay in the class?

**HOW TO GET A PAYMENT – MAKING A CLAIM** .......................................................................................4

    11.  How can I get a payment?

    12.  When will I get my payment?

**THE LAWYERS REPRESENTING YOU** .......................................................................................................4

    13.  Do I have a lawyer in this case?

    14.  Should I get my own lawyer?

    15.  How will the lawyers be paid?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**...................................................................................5

    16.  How do I get out of the Settlement?

    17.  If I am a Settlement Class Member and don't opt out, can I sue the Defendant for the same thing later?

    18.  What happens if I opt out?

**COMMENTING ON OR OBJECTING TO THE SETTLEMENT** ....................................................................5

    19.  How do I tell the Court I don't like the Settlement?

    20.  What's the difference between objecting and opting out?

**THE COURT'S FAIRNESS HEARING** .........................................................................................................6

    21.  When and where will the Court decide whether to approve the Settlement?

    22.  Do I have to come to the Fairness Hearing?

    23.  May I speak at the hearing?

**IF I DO NOTHING**.......................................................................................................................................6

    24.  What happens if I do nothing at all?

**GETTING MORE INFORMATION**................................................................................................................7

    25.  Are more details about the Settlement available?

    26.  How do I get more information?

2

Questions? Go to www.ArcadiaPublishingSettlement.com or call 1-888-726-1297.

## BASIC INFORMATION

### 1. Why did I receive notice?

You received notice because you have been identified as a person who previously received a notice from Arcadia that your PII may have been accessed during the Data Incident, or were otherwise determined to have had PII impacted in the Data Incident. Similarly situated individuals brought a proposed class action lawsuit against Arcadia, alleging Arcadia was negligent due to its data security practices. Arcadia denied the allegations and denied that it would be found liable. The parties have now reached a proposed settlement of the lawsuit.

A court authorized this notice because you have a right to know about your rights under the proposed class action Settlement before the Court decides whether to approve the Settlement. If the Court approves the Settlement, and after objections and appeals are resolved, a Settlement Administrator appointed by the Court will make the payments that the Settlement allows, and the pending legal claims against the Defendant will be released and dismissed.

This package explains the lawsuit, the Settlement, your rights, what benefits are available, who is eligible for them, and how to get them. The case is *Everingham, et al. v. Arcadia Publishing Inc.*, Case No. 2:24-cv-00487-DCN, currently pending in the United States District Court for the District of South Carolina, Charleston Division. The Honorable David C. Norton, United States District Court Judge, is in charge of this case.

### 2. What is this lawsuit about?

The lawsuit claims (1) on March 6, 2023 an unauthorized third party gained access to Arcadia's systems (the "Data Incident"), (2) the Data Incident impacted certain personally identifiable information ("PII") of Arcadia's current and former employees, as well as individuals with whom Arcadia had done business, (3) Arcadia did not discover this Data Incident until April 19, 2023, and (4) Arcadia began notifying individuals about the Data Incident on October 4, 2023. Arcadia denies any allegations of wrongdoing and denies that Plaintiffs would prevail or be entitled to any relief should this matter proceed to be litigated.

The following types of PII were allegedly impacted: names, Social Security numbers, addresses, driver's license/state identification numbers, and/or financial account information.

### 3. What is a class action?

In a class action, one or more people called "Class Representatives" sue on behalf of themselves and other people who have similar claims. This group of people is called the "class," and the people in the class are called "Settlement Class Members" or the "Settlement Class." One court resolves the issues for all Settlement Class Members, except for people who exclude themselves from the class. The persons who sued here (Kate Everingham and Marissa Hagy) are called the Plaintiffs. The company they sued—Arcadia Publishing, Inc.—is called the Defendant.

### 4. Why is there a Settlement?

The Court did not decide in favor of Plaintiffs or Defendant. Instead, both sides agreed to a Settlement. That way, they avoid the costs and risks of a trial, and Settlement Class Members can get benefits or compensation. The Class Representatives and Class Counsel think the Settlement is in the best interest of the Settlement Class.

## WHO IS IN THE SETTLEMENT?

### 5. Who is in the Settlement?

The Settlement Class is defined as: "All individuals residing in the United States who were sent a notice by Arcadia informing them of the Data Incident Arcadia discovered in April 2023 or were otherwise determined to have had personal information potentially impacted."

### 6. Are there exceptions to being included?

Yes, the following are not included in the Settlement Class: (1) the judges presiding over this Action and members of their direct families; (2) the Defendant, its subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest, and its current or former officers and directors; and (3) Settlement Class Members who submit a valid Request for Exclusion prior to the Opt-Out Deadline.

### 7. What should I do if I'm not sure whether I am included?

If you are not sure whether you are included in the Settlement Class, you can ask for free help by calling the Settlement Administrator at 1-888-726-1297 or you can visit www.ArcadiaPublishingSettlement.com for more information.

## THE SETTLEMENT BENEFITS

### 8. What does the Settlement provide?

Under the Settlement, the Defendant will establish a non-reversionary Settlement Fund in the amount of four hundred and fifty thousand dollars ($450,000). These funds will be used to pay for all valid claims made by Settlement Class Members, notice and administration costs, service awards to the Class Representatives, and attorneys' fees and costs. Any remaining funds will be sent to South Carolina Legal Services as a *cy pres* distribution.

**9. What can I get from the Settlement?**

Settlement Class Members may file a claim for one or more of the following settlement benefits.

**ALTERNATIVE CASH PAYMENT.** Settlement Class Members may submit a claim to receive a *pro rata* cash payment from the net Settlement Fund. The amount of this Cash Payment is estimated at $100, but may increase or decrease depending upon the number of claims filed and approved.

**IF YOU SELECT THIS CASH BENEFIT, YOU MAY NOT CLAIM CREDIT MONTORING SERVICES, MONETARY LOSSES, OR LOST TIME BELOW.**

**Documented Monetary Losses:** Settlement Class Members may submit a claim for reimbursement of documented monetary losses fairly traceable to the Data Incident up to $5,000 per individual ("Monetary Losses"). Monetary Losses may include, without limitation, unreimbursed losses relating to fraud or identity theft; professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; costs associated with freezing or unfreezing credit with any credit reporting agency; credit monitoring costs that were incurred on or after the Data Incident through the date of claim submission; and miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges. **You must provide proper documentation to make a successful claim for Monetary Losses.**

**Lost Time:** Settlement Class Members with time spent remedying issues related to the Data Incident can submit a claim for reimbursement of $25 per hour with an attestation. Claims made for Lost Time are subject to a five (5) hour cap and can be combined with reimbursement for Monetary Losses subject to the $5,000 aggregate individual cap. No documentation other than an attestation shall be required for members of the Settlement Class to receive compensation for attested time spent.

Claims for Monetary Losses and Lost Time are subject to a *pro rata* decrease depending upon the number of claims filed and approved.

**CREDIT MONITORING SERVICES:** In lieu of an Alternative Cash Payment, but in addition to documented monetary losses and lost time, Settlement Class Members can submit a claim for credit monitoring services. These services include three (3) years of one-bureau coverage, dark web monitoring, real-time inquiry alerts, and $1,000,000 of identity theft insurance.

**10. What am I giving up if I stay in the class?**

If you are a Settlement Class Member and you do not exclude yourself from the Settlement, you will give up your right to sue, continue to sue, or be part of any other lawsuit against Defendant or other released parties concerning the claims released by this Settlement. The Settlement Agreement describes the legal claims that you give up if you remain in the Settlement Class. The entire text of the Settlement Agreement can be viewed at www.ArcadiaPublishingSettlement.com.

## HOW TO GET A PAYMENT – MAKING A CLAIM

**11. How can I get a payment?**

You must complete and submit a Claim Form by March 9, 2025. Claim Forms may be submitted online at www.ArcadiaPublishingSettlement.com or printed from the website and mailed to the address on the form. Be sure to read the Claim Form instructions carefully, include all required information, and your signature. The Settlement Administrator will review your claim to determine the validity and amount of your payment. This is a closed class. The benefits are available only to Settlement Class Members with a unique ID. All claims submitted by non-Settlement Class Members will be rejected.

**12. When will I get my payment?**

The Court will hold a hearing on April 7, 2025, to decide whether to approve the Settlement. Payments and credit monitoring services will be made after the Settlement is approved and becomes final (meaning there is no appeal from the order approving the Settlement). Updates regarding the Settlement will be posted on the Settlement Website, www.ArcadiaPublishingSettlement.com.

## THE LAWYERS REPRESENTING YOU

**13. Do I have a lawyer in this case?**

Raina C. Borrelli of Strauss Borrelli PLLC has been appointed to represent the Settlement Class. This lawyer is called Class Counsel. You will not be charged for her services.

**14. Should I get my own lawyer?**

If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in court for you if you want someone other than Class Counsel to speak for you. You may also appear for yourself without a lawyer.

### 15. How will the lawyers be paid?

The attorney representing the class has not yet received any payment for her legal services or any reimbursement of the costs or out-of-pocket expenses she has incurred. Class Counsel plans to ask the Court to award attorneys' fees from the Settlement Fund, not to exceed one-third of the Settlement Fund (i.e., not more than $150,000). Class Counsel also may petition the Court for her out-of-pocket costs and expenses, not to exceed $20,000.

The Settlement Class is represented by the Plaintiffs named above, who have been designated as the "Class Representatives." Class Representatives may make a claim for benefits like all other Settlement Class Members but will also each request a $5,000 award for the efforts they have expended on behalf of the Settlement Class.

The Court will determine whether to approve the amount of fees and costs and expenses requested by Class Counsel, as well as the amount of the service awards for the Class Representatives. Class Counsel will file an application for fees, expenses, and service awards no later than January 22, 2025. The application will be available on the Settlement Website, www.ArcadiaPublishingSettlement.com, or you can request a copy by contacting the Settlement Administrator.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### 16. How do I get out of the Settlement?

If you are a Settlement Class Member and you do not want the benefits from the Settlement, and you want to keep your right, if any, to sue the Defendant or released parties on your own about the legal issues in this case, then you must take steps to get out of the Settlement. This is called excluding yourself from—or "opting out" of—the Settlement Class.

You may opt out of the Settlement by February 7, 2025. To opt out, you must send a letter or postcard via U.S. mail to the address below that contains the following information:

- Your full name, address, telephone number, and signature;
- The words "Requests for Exclusion" at the top of the document or a clear statement of your intent to be excluded from the Settlement Class and Settlement.

You should also include the following in your letter or postcard: the name of this Litigation, or a decipherable approximation (*Everingham, et al. v. Arcadia Publishing Inc.*, Case No. 2:24-cv-00487-DCN).

You must mail your opt-out request via First-Class postage prepaid U.S. Mail, postmarked no later than February 7, 2025 to:

*Everingham, et al. v. Arcadia Publishing, Inc.*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

If you fail to include the required information, your request will be deemed invalid and you will remain a Settlement Class Member and be bound by the Settlement, including all releases.

### 17. If I am a Settlement Class Member and don't opt out, can I sue the Defendant for the same thing later?

No. You must opt out of the Settlement to keep your right to sue Defendant or other released parties for any of the claims resolved by the Settlement.

### 18. What happens if I opt out?

If you opt out of the Settlement, you will not have any rights as a member of the Settlement Class. You will not receive a payment or credit monitoring services as part of the Settlement. You will not be bound by the Settlement, releases, or by any further orders or judgments in this case. You will keep the right, if any, to sue on the claims alleged in the case at your own expense.

In addition, if you opt out of the Settlement you cannot object to this Settlement because the Settlement no longer affects you. If you object to the Settlement and request to exclude yourself, your objection will be voided and you will be deemed to have excluded yourself.

## COMMENTING ON OR OBJECTING TO THE SETTLEMENT

### 19. How do I tell the Court I don't like the Settlement?

If you are a Settlement Class Member and you do not opt out of the Settlement, you can object to the Settlement if you do not think it is fair, reasonable, or adequate. You can give reasons why you think the Court should not approve it. You can't ask the Court to change or order a different settlement; the Court can only approve or deny this Settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

You may object to any part of the proposed Settlement in writing. You may also appear at the Fairness Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for paying that attorney.

All notices of an intent to object to the Class Settlement Agreement must be written and should include all of the following:

a)      The name of this Litigation (*Everingham, et al. v. Arcadia Publishing Inc.*, Case No. 2:24-cv-00487-DCN);

b)      Your full name, current mailing address, and telephone number;

c)      The specific reasons for your objection or objections;

d)      Copies of any documents supporting your objection;

e)      A statement indicating whether the objection applies only to you, a subset of the Settlement Class, or the entire Settlement Class;

f)      The name and bar number of your attorney (if you hired one to represent you in your objection);

g)      A statement indicating whether you or your attorney intend to appear at the Fairness Hearing; and

h)      Your original signature or the signature of the attorney representing you (if any).

Completed objections must be submitted via postal mail to the Court at the following address, or by utilizing the Court's Electronic Case Filing System (CM/ECF). The objection must be filed with the Court and postmarked if mailed no later than February 7, 2025.

<div align="center">

Clerk of the Court
United States District Court
P.O. Box 835
Charleston, SC 29402

</div>

### 20. What's the difference between objecting and opting out?

Objecting is telling the Court that you don't like something about the Settlement. You can object to the Settlement only if you are a Settlement Class Member and do not opt out of the Settlement. Opting out of the Settlement is telling the Court that you don't want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because it does not affect you.

<div align="center">

**THE COURT'S FAIRNESS HEARING**

</div>

### 21. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing (also called the Fairness Hearing) at April 7, 2025, 11 am, at the United States Courthouse for the District of South Carolina, Charleston Division, located at 85 Broad Street, Charleston, South Carolina 29401, before Judge David C. Norton. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and Class Counsel's application for attorneys' fees, costs and expenses, and service awards. If there are objections, the Court will consider them. The Court may choose to hear from people who have asked to speak at the hearing. At or after the hearing, the Court will decide whether to approve the Settlement. There is no deadline by which the Court must make its decision.

The Court may reschedule the Fairness Hearing or change any of the deadlines described in this notice. The date of the Fairness Hearing may change without further notice to the Settlement Class Members. Be sure to check the website, www.ArcadiaPublishingSettlement.com for updates.

Class Counsel will file a motion for final approval of the Settlement by March 24, 2025. Objectors, if any, must file any response to Class Counsel's motion by February 7, 2025. Responses to any objections and any replies in support of final approval of the Settlement and/or Class Counsel's application for attorneys' fees, costs and expenses, and service awards will be filed by March 24, 2025.

### 22. Do I have to come to the Fairness Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish. If you send an objection, you do not have to come to the hearing to talk about it. As long as you mailed or filed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

### 23. May I speak at the hearing?

Yes. You may ask the Court for permission to speak at the Fairness Hearing. To do so, you should include a statement in your written objection (*see* Question 19) that you intend to appear at the hearing. Be sure to include your name, address, and signature as well. It is in the judge's discretion to let you speak at the Fairness Hearing. You cannot speak at the hearing if you opt out or exclude yourself from the class.

<div align="center">

**IF I DO NOTHING**

</div>

### 24. What happens if I do nothing at all?

If you are a Settlement Class Member and do nothing, you will not get any money or credit monitoring services from this Settlement, and you will not be able to sue the Defendant or other released parties for the claims released by the Settlement Agreement.

<div align="center">

**Questions? Go to www.ArcadiaPublishingSettlement.com or call 1-888-726-1297.**

</div>

## GETTING MORE INFORMATION

### 25. Are more details about the Settlement available?

This notice summarizes the proposed Settlement—more details are available in the Settlement Agreement and other case documents available at www.ArcadiaPublishingSettlement.com; by reviewing the case docket and filings online at https://www.scd.uscourts.gov; or by visiting the office of the Clerk of the Court for the United States District Court for the District of South Carolina, 85 Broad Street, Charleston, South Carolina 29401 between 8:00 a.m. and 4:45 p.m., Monday through Friday, excluding Court holidays.

### 26. How do I get more information?

Visit the website, www.ArcadiaPublishingSettlement.com, where you will find more information, including the Claim Form, a copy of the Settlement Agreement, and answers to questions about the Settlement and other information to help you determine whether you are eligible for a payment.

Contact the Settlement Administrator:

*Everingham, et al. v. Arcadia Publishing, Inc.*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

1-888-726-1297

**PLEASE DO NOT CONTACT THE COURT, THE COURT CLERK'S OFFICE, OR DEFENDANT TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.**

Exhibit E



# BETSY LEPLATT

ILLUSTRATOR/DESIGNER

**CONTACT**



### REQUESTS EXCLUSION

Please exclude me from the Arcadia Publishing Settlement.

Everingham, et al. v. Arcadia Publishing Inc.,
Case No. 2:24-cv-00487-DCN

_____      12/18/24
SIGNATURE                                                       DATE



SAINT PAUL MN 550

19 DEC 2024   PM 2   L

RECEIVED

DEC 2 7 2024

VERITA GLOBAL

EVERINGHAM, ET AL V. ARCADIA PUBLISHING, INC
SETTLEMENT ADMINISTRATOR
P.O. BOX 301134
LOS ANGELES, CA 90030-1134

90030-113434

# Claim Form

*Everingham, et al. v. Arcadia Publishing Inc.*, **Case No. 2:24-cv-00487-DCN (D.S.C.)**

**The DEADLINE to submit or mail this Claim Form is: March 9, 2025**

You are eligible to claim (1) three years of Credit Monitoring Services **and** reimbursement of documented monetary losses (up to $5,000) **and** compensation for Lost Time (up to 5 hours at $25 per hour) **or** (2) an Alternative pro rata Cash Payment (estimated at $100). If you use this Claim Form, a check will be mailed to you. If you want to receive an electronic payment, submit your claim online at www.ArcadiaPublishingSettlement.com.

**Credit Monitoring Services:** To receive Credit Monitoring Services, check the box below, provide your email address, sign, and return this Claim Form.

☐ I would like to receive Credit Monitoring Services. My email address is: _____

**Lost Time:** To receive compensation for Lost Time, indicate the total number of hours spent remedying issues related to the Data Incident, check the boxes below, sign, and return this Claim Form.

☐ Total # Hours (up to 5 hours payable at $25 per hour)

☐ I swear and affirm that I spent the amount of time noted in response to the Arcadia Data Incident.

**Documented Unreimbursed Losses:** To receive compensation for Documented Unreimbursed Losses, you must submit supporting documentation. You may do so by filing a Claim Form online.

—OR—

**Alternative Cash Payment:** To receive an Alternative Cash Payment (increased/decreased based upon the number of claims filed), check the box below, sign, and return this Claim Form.

☐ I would like to receive an Alternative Cash Payment.

2-11-2025

*Please exclude me from the class action. The Estate of Gary Leppart - Betty Leppart*

Signature

AL050-897



BILLINGS MT

*Everingham, et al. v. Arcadia Publishing, Inc.*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

RECEIVED

FEB 1 8 2025

VERITA GLOBAL